928 So.2d 461 (2006)
Ricardo L. JOHNSON, Appellant,
v.
STATE of Florida, Appellee.
No. 5D06-598.
District Court of Appeal of Florida, Fifth District.
May 2, 2006.
*462 Ricardo L. Johnson, Chipley, pro se.
Charles J. Crist, Jr., Attorney General, Tallahassee, and Rebecca Roark Wall, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Johnson v. State, 875 So.2d 633 (Fla. 5th DCA 2004); Brown v. State, 813 So.2d 132 (Fla. 5th DCA 2002).
SHARP, W., TORPY and LAWSON, JJ., concur.